UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
KATHARINA ROELCKE,                                      :

     Plaintiff,     :    ORDER

   -v.-          :

              25 Civ. 3199 (MMG) (GWG)

ITAI SHOSHANI et al.,     :

     Defendants.   :
--------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

   At the request of the parties, the settlement conference scheduled for August 7, 2025, is hereby adjourned <u>sine</u> <u>die</u>.   The parties shall write to the Court as soon as both sides are prepared to participate in a settlement conference.

SO ORDERED.

Dated: August 4, 2025
   New York, New York

<u>             </u>
GABRIEL W. GORENSTEIN
United States Magistrate Judge