UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2026 ____

KATHARINA ROELCKE,

               Plaintiff,

      -against-

ITAI SHOSHANI, et al.,

              Defendants.

25-CV-03199 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On April 6, 2026, the parties appeared for a discovery conference concerning Defendants' ability to seek discovery from Plaintiff's former immigration attorney, Andrea Panjwani, regarding legal advice that Ms. Panjwani provided to Plaintiff about her immigration status and ability to enter the United States. For the reasons set forth on the record at the April 6, 2026 conference, the motion for discovery is granted in part and denied in part.

Defendants may seek the requested discovery with the following limitations. First, Defendants must limit the subpoena *duces tecum* to Ms. Panjwani to documents concerning: (i) Ms. Roelcke's legal ability to re-enter the United States if, or after, she departed; (ii) any ban on Ms. Roelcke entering the United States if, or after, she departed; (iii) any consequences Ms. Roelcke would face if she re-entered the United States after departing; (iv) the effect of Ms. Roelcke's immigration proceedings in case A-Number 206-235-160 on Ms. Roelcke's legal ability to enter the United States if, or after, she departed; as well as communications between Ms. Panjwani and Ms. Roelcke concerning any of these enumerated topics, regardless of any otherwise-applicable claim of attorney-client privilege. Second, the subpoena must be limited to documents and communications prior to the July 2022 settlement agreement. Third, Defendants may depose Ms. Panjwani subject to the same topical and timeframe limitations set forth above as to the document subpoena.

The Clerk of Court is respectfully directed to terminate Dkt. No. 70.

Dated: April 7, 2026
      New York, New York

                          SO ORDERED.

                          MARGARET M. GARNETT
                          United States District Judge