DEREK SMITH
LAW GROUP, PLLC
Employment Lawyers Representing Employees Exclusively

July 20, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/20/2026

**VIA ECF**
Hon. Margaret M. Garnett, U.S.D.J.
United States Courthouse, Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Roelcke v. Shoshani et al*, No. 1:25-cv-03199-MMG

Dear Judge Garnett,

We represent Plaintiff Katharina Roelcke and write respectfully to request (i) a brief, two-week adjournment of the conference currently scheduled for July 23, 2026, at which the parties' pre-motion letters for summary judgment are to be addressed, and (ii) a corresponding two-week extension of the undersigned's deadline to respond to the Court's Order to Show Cause, which is likewise returnable July 23, 2026. This is Plaintiff's first request for an adjournment of the conference and the first request for an extension of the Order to Show Cause deadline; no prior requests have been made or denied.

Good cause supports both requests. The undersigned is sitting for the Florida Bar Examination on Tuesday, July 28, and Wednesday, July 29, 2026, and is presently engaged in intensive final preparation. A brief adjournment will permit the undersigned to devote the necessary time to that examination while ensuring that the issues before the Court receive the preparation they warrant.

With specific respect to the Order to Show Cause, the undersigned takes the matters raised in the Court's Order with the utmost seriousness, and respectfully requests the additional time so that the response may be prepared with the care, diligence, and attention that the issue deserves.

No party will be prejudiced by the brief adjournment. Fact discovery is complete, no trial date has been set, and no other deadlines would be affected. Regarding the adjournment of the conference, the undersigned contacted Defendants' counsel, who stated: "You can represent to the Court that Defendants take no position on your request."

Accordingly, Plaintiff respectfully requests that the Court adjourn the July 23, 2026, conference to August 6, 2026, or to any date thereafter convenient for the Court, and extend the undersigned's deadline to respond to the Order to Show Cause to the same date.

We thank the Court for its consideration.

Respectfully submitted,

DEREK SMITH LAW GROUP, PLLC
/s/Zack Holzberg

Zack Holzberg

Cc: Counsel for Defendants (via ECF)

GRANTED. The post-fact discovery conference previously scheduled for July 23, 2026 is hereby ADJOURNED until Thursday, **August 6, 2026**, at **11:00 A.M.** The deadline for Plaintiff and her counsel to respond to the Court's July 17 Order to Show Cause, Dkt. No. 79, is likewise EXTENDED to **August 6, 2026**.

SO ORDERED. Dated July 20, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE