USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHARINA ROELCKE,

Plaintiff,

-against-

ITAI SHOSHANI, et al.,

Defendants.

25-CV-03199 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

As discussed at the August 6, 2026 Conference, the parties are hereby ORDERED to submit a joint letter with a proposed briefing schedule on their anticipated summary judgment motions by August 7, 2026.

It is further ORDERED that the jury trial in this case shall begin on **Tuesday, March 9, 2027**. The schedule for pre-trial materials, motions, and appearances shall be as follows:

- The parties' Joint Pretrial Order and any additional motions *in limine* shall be due no later than **February 9, 2027**;
- The parties' joint proposed *voir dire* questions, requests to charge, and verdict sheet shall be due no later than **February 16, 2027**;
- The parties shall appear for an in-person Final Pretrial Conference on **Tuesday, March 2, 2027, at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York;
    - The parties shall arrange for their technology walkthrough to take place just before or after the Final Pretrial Conference; and
- The parties shall deliver hard copies and electronic copies of their marked exhibits and exhibit lists to the Court no later than **March 2, 2027**.

Counsel are referred to the Court's Individual Rules & Practices for Civil Trials and are expected to ensure that the pre-trial filings above comply with those Rules.

Dated: August 7, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge